*Erick Virgil Hall v. Tyrell Davis*, Case No. 1:18-cv-218-DCN
Filed in Support of Memorandum in Support of
Motion to Preserve Evidence

# Exhibit 1
**(Declaration of Jonah J. Horwitz in Support of Motion to Preserve Evidence, May 22, 2020)**

Samuel Richard Rubin
Federal Defender
Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, New York Bar No. 5414099
Assistant Federal Defenders
Federal Defender Services of Idaho
Capital Habeas Unit
702 W. Idaho, Suite 900
Boise, Idaho 83702
Telephone: (208) 331-5530
Facsimile:  (208) 331-5559
ECF:  Jonah_Horwitz@fd.org
          Christopher_M_Sanchez@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERICK VIRGIL HALL,<br><br>　　　　　Petitioner,<br><br>v.<br><br>TYRELL DAVIS,[1] Warden, Idaho Maximum Security Institution, Department of Correction, State of Idaho,<br><br>　　　　　Respondent. | CASE NO. 1:18-cv-218-DCN<br><br>**CAPITAL CASE**<br><br>DECLARATION OF JONAH J. HORWITZ IN SUPPORT OF MOTION TO PRESERVE EVIDENCE |

---

[1] Tyrell Davis is the current Warden of the Idaho Maximum Security Institution. https://www.idoc.idaho.gov/content/document/idoc_roster.  As such, he should be automatically substituted in as respondent in this matter for his predecessor.  *See* Fed. R. Civ. P. 25(d); Rule 2(a) of the Rules Governing Section 2254 Cases.  Mr. Hall therefore respectfully requests that the Court list Warden Davis as the respondent on the docket.

I, Jonah J. Horwitz, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify.

2. I am an Assistant Federal Defender in the Capital Habeas Unit for the Federal Defender Services of Idaho.

3. I am the lead attorney assigned by my office to represent Erick Virgil Hall in his federal habeas corpus litigation.

4. My office has retained a DNA expert to assist with the investigation of the Hall case. The expert has informed me that he can likely perform testing and analysis of the DNA in the case that does not yet appear to have been done. He has further informed me that the analysis may be capable of shedding additional light on whether an additional male—other than Mr. Hall—contributed to the DNA found in the sample, and on who that male might be.

5. In light of the above, I anticipate seeking the DNA material in discovery after my expert has reviewed all of the relevant materials and after I have had a chance to consult with him and to conduct the necessary investigation, research, and drafting.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of May 2020, at Boise, Idaho.

/s/ Jonah J. Horwitz
Jonah J. Horwitz